# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Jacquelyn Schell
Tel: 646.446.8048
Fax: 212.223.1942
SchellJ@ballardspahr.com

April 30, 2021

*By Electronic Filing*

The Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Request for Additional Time to Finalize Settlement**
               *Suris v. WUSA-TV, Inc. et al.*, **No. 20-cv-006284-FB-PK (E.D.N.Y.)**

Dear Judge Kuo:

      We write on behalf of Defendants, Tegna Inc. and WUSA-TV ("Defendants"), with the consent of counsel for the Plaintiff, Yaroslav Suris ("Plaintiff"), to respectfully request that the Court allow the parties an additional thirty days, or until June 2, 2021, to finalize their written settlement agreement.

      The parties' current deadline is May 3, 2021, and this is the first request for an extension. The parties have exchanged draft agreements but need additional time to finalize, execute, and satisfy any contingencies.

      Thank you in advance for your consideration.

Respectfully submitted,

*/s/ Jacquelyn N. Schell*

Jacquelyn N. Schell

cc:      All Counsel of Record (via cm/ecf)